April 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT PRIMO, Appellant

NO. 14-13-00794-CV                    V.

SCOTT  ROTHENBERG, Appellee

_____

This court today heard a motion for en banc reconsideration filed by appellant, Robert Primo.   This court also heard a motion for en banc reconsideration filed by appellee, Scott Rothenberg.   We order the motions be Denied, and that the court's former judgment of January 27, 2015, be vacated, set aside, and annulled.   We further order this court's memorandum opinion of January 27, 2015, withdrawn.

This cause, an appeal from the judgment in favor of appellee, Scott Rothenberg, signed June 10, 2013, was heard on the transcript of the record.   We have inspected the record and find error in the judgment.   We therefore **AFFIRM** the trial court's judgment in part with respect to the trial court's grant of a no-evidence summary judgment.   We **REVERSE** the trial court's judgment in part with respect to the trial court's imposition of death penalty sanctions.   We **REMAND** for further proceedings not inconsistent with this court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.